IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V.  ) | Criminal No. 1:20CR250 |
| ) | |
| MOHAMED ABDALLA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

This matter comes before the Court on the Government's Motion for Reduction of Sentence pursuant to Fed. R. Crim. P. 35(b). It is hereby

ORDERED that the Government's Motion is GRANTED and the Defendant's sentence is reduced from FORTY-EIGHT (48) months heretofore imposed to TWENTY-FOUR (24) months.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 31, 2023